UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURIE BOYER, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BROTHERS INVESTMENT CORPORATION, *d/b/a Waterways Apartments of Lake St. Louis*, <br><br> Defendant. | Case No.: 4:11CV01173 HEA <br><br> *JURY TRIAL DEMANDED* |

### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO RULE 65

Plaintiffs Laurie Boyer and Patricia Susan Boyer (collectively "the Boyers"), pursuant to Fed. R. Civ. P. 65, state the following:

1. For the reasons set forth in the Complaint and the Memorandum in Support of this Motion, both of which are incorporated herein by this reference, Plaintiffs are entitled to and respectfully request the entry of a temporary restraining order and/or preliminary injunction

WHEREFORE, the Boyers respectfully request that the Court enjoin and restrain Scott Brothers, and all those in privity with it, from prosecuting the litigation in Cause No. 1111-CV06124, in the Circuit Court of St. Charles County, pending the final outcome in this matter, and for such further relief as deemed appropriate.

1

Dated: July 27, 2011						Respectfully submitted,


							/s/ *Andrew W. Kuhlmann*
							Andrew W. Kuhlmann #6294407IL
							**KUHLMANN LLC**
							1926 Chouteau Avenue
							Saint Louis, Missouri 63103
							Telephone: (314) 621-3267
							Facsimile: (314) 627-5970
							*andrew@kuhlmannfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011 I electronically filed the foregoing, which was served through ECF on all attorneys of record. In addition, I served the foregoing by electronic mail to attorneys for Defendants at:

Randall Reinker

randallr@krhlawfirm.com

Sean O'Hanlon

seano@krhlawfirm.com

/s/ *Andrew W. Kuhlmann*