UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURIE BOYER, et al., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11CV1173 HEA |
| SCOTT BROTHERS INVESTMENT CORPORATION, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [Doc. #5] is set for Monday, August 22, 2011, at 11:30 a.m. in the courtroom of the undersigned. This is the Court's first available date for a hearing.

Dated this 28th day of July, 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE