# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 8/22/2011  **Judge** Hon. Henry E. Autrey  **Case No.** 4:11cv1173 HEA

Boyer  v.  Scott Brothers Investment Corporation

**Court Reporter** A. Daley  **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Andrew Kuhlmann

**Attorneys for Defendant(s)** Randall Reinker for Sean O'Hanlon

**Parties present for** Motion for Temporary Restraining Order/Preliminary Injunction hearing. Witnesses heard. Motion taken under submission.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

Pltf. Witness _____  Deft. Witness _____

Pltf. Witness _____  Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced  11:52   A.M.
Proceedings concluded   12:50   P.M.