UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURIE BOYER, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCOTT BROTHERS INVESTMENT )<br>CORPORATION, )<br>)<br>Defendant. ) | Case No. 4:11CV1173 HEA |

**ORDER**

**IT IS HEREBYORDERED** that a hearing on Plaintiff's Motion to Withdraw as Counsel [Doc. #25] is set for Tuesday, March 27, 2012, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 5th day of March, 2012.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE