RECEIVED

Eastern District of Missouri
Eastern Division

JUN - 6 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

Laurie Boyer, et al.,                    )
        Plaintiffs,                      )
                                         )
vs.                                      )    Case No. 4:11CV1173 HEA
SCOTT BROTHERS INVESTMENT )
CORPORATION,                             )
        Defendant.                       )


## MOTION TO SET ASIDE JUDGMENT GRANTING WITHDRAWAL AS COUNSEL

Now on this 5th day of June, 2012, come Plaintiffs and moves this Court to set aside the judgment granting Counsel for Plaintiffs' motion to withdraw, and for reasons why said judgement should be set aside says that for good cause Laurie Boyer and Patricia Boyer were unable to appear in Court on the day that this matter was heard for the reasons that:

① Patricia Boyer was temporarily disabled, having suffered a broken leg along with accompanying knee and ankle involvement. (Please see following medical note.)

② Laurie Boyer, permanently disabled, cannot operate her wheelchair without assistance: lift from vehicle, navigate, propel, open doors, etc., and could not receive assistance from her caretaker.

③ Plaintiffs were therefore in a crisis situation, unable to get meds, that would enable Laurie Boyer to function outside of the home and to have full capacity. Plaintiffs wished to be present at the hearing in order to present Plaintiffs' objections to the motion to withdraw.

Plaintiffs state that they have good and meritorious objections to withdrawal of counsel, to-wit:

① Plaintiffs requested counsel to accommodate Plaintiffs

disabilities; Plaintiffs wished to be present at
hearing but Counsel refused to accommodate, instead
requesting a much sooner date, acting on Counsel's own,
against Plaintiff's expressed wishes for time to be present.
② Counsel has put multiple suits into action.
③ Counsel has Plaintiffs' files — has not relinquished
them despite Plaintiffs' request to do so, even after
withdrawal.
④ Counsel has misrepresented facts, for example
Plaintiffs' could attend nothing, including no Court
during that time (such as the withdrawal hearing and
St. Charles County Court).
   Motion to be heard on 7/30/2012.


            Laurie Boyer
            Plaintiff Laurie Boyer

            Patricia Boyer
            Plaintiff Patricia Boyer

            P.O. Box 4525
            Chesterfield, MO 63006
            314-704-9077

- 2 -

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed

to <u>Randall Reinker</u> at <u>2016 S. Big Bend Blvd</u>
(Opposing Party or Counsel)

<u>St Louis, MO</u>

<u>63117</u>
(Address)

on <u>06/06/2012</u>, 20___.
(Date)

<u>Patricia Player</u>
(Your Signature)