

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURIE BOYER<br><br>and<br><br>PATRICIA SUSAN BOYER<br><br>    Plaintiffs,<br>v.<br><br>SCOTT BROTHERS INVESTMENT<br>CORPORATION, d/b/a Waterways<br>Apartments of Lake St. Louis,<br><br>    Defendant. | ) <br>) <br>) <br>) <br>) CASENO: 4:11CV01173 HEA<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Scott Brothers Investment Corporation, d/b/a Waterways Apartments of Lake St. Louis, and for their Motion for Summary Judgment, moves the court to enter summary judgment for Defendant and against Plaintiffs because there is no genuine issue of material fact as to any allegation alleged in Defendant's Answer to Plaintiff's Petition, and the undisputed facts herein clearly show that Defendant is entitled judgment as a matter of law.

WHEREFORE, for the reasons stated in the Defendant's Statement of Uncontroverted Material Facts and Memorandum in Support, each explaining why summary judgment should be granted, Defendant prays that this Court sustain Defendant's Motion for Summary Judgment in favor of Defendants and against Plaintiffs:

   a. That Plaintiffs' claims be found to be without merit, and Judgment entered on behalf of Defendant and against Plaintiff,

   b. for Defendant's legal fees incurred for bringing this motion and defending this action,

   c. And for such other relief as this Court deems just and proper.

Respectfully submitted,
KRUSE, REINKER, & HAMILTON, L.L.C.

/S/Curtis J. Niewald
Randall J. Reinker, #36994MO
Curtis J. Niewald, #64061
Attorney for Plaintiffs
2016 S. Big Bend Blvd.
St. Louis, Missouri 63117
(314) 333-4140; Facsimile: (314) 754-2621
randallr@krhlawfirm.com
curtisn@krhlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing entry of Appearance was served by prepaid U.S. Mail on all parties of record in this cause, on this 20th day of July, 2012.

/S/Curtis J. Niewald