# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date 11/1/12  Judge Autrey  Case No. 4:11cv1173-HEA

Laurie Boyer & Patricia Swan Boyer vs. Scott Brothers Investment

Court Reporter G. Madden  Deputy Clerk CLK

Attorney(s) for Plaintiff(s) Patricia Susan Boyer

Attorney(s) for Defendant(s) Curtis Niewald

Parties present for Defense counsel arrived for hearing as scheduled. Plaintiff arrived after hearing ended. Court went back on record re: Motion for Summary Judgment [47] Court advise Plaintiff to have an attorney Enter appearance or file a response to the motion for summary Judgment by November 16, 2012. If Plaintiff does not comply the Court will dismiss the case on November 19, 2012.

Pltf. Witness_____  Deft. Witness_____
Pltf. Witness_____  Deft. Witness_____

Pltf. Exhibits:_____  Deft. Exhibits:_____
Pltf. Exhibits:_____  Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 11:20 (a.m.)/p.m  Concluded 11:23 (a.m.)/p.m.
11:25 am                                  11:44 am