RECEIVED
MAR 26 2014
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAURIE BOYER
and
PATRICIA SUSAN BOYER,
    Plaintiffs

v.

SCOTT BROTHERS INVESTMENT
CORPORATION d/b/a Waterways
Apartments of Lake St. Louis,
    Defendant

Case No: 4:11CV01173 HEA

## MOTION TO REINSTATE CASE

Come now Plaintiffs Laurie Boyer and Patricia Susan Boyer and request this Court to Reinstate the Case for the following reasons:

1. Defendants <u>did not serve</u> Plaintiffs with Motion to Dismiss, and therefore Plaintiffs did not have the opportunity to respond.

2. Defendants attorney, Curtis Niewald, had complained to the Court at the Rule 16 Conference in March 2013 that he would "be fired" because of trial date.

3. After the Rule 16 Conference, Plaintiffs received <u>no</u> communication or documents from Defendants until last week, March 20, 2014, when Plaintiffs received a document entitled

—1—

"Defendant's Motion for Status Hearing." Plaintiffs responded by mail March 21, 2014.

4. <u>NO</u> Motion to Dismiss was received by Plaintiffs during that full year's time.

Therefore, Plaintiffs are requesting this Court to Reinstate the Case.

Respectfully Submitted,

_Laurie Boyer_   03/25/2014
Laurie Boyer

_Patricia Susan Boyer_   03/25/2014
Patricia Susan Boyer
P.O. Box 4525
Chesterfield, MO 63006
314-677-4309
raocie@yahoo.com

Certificate of Service

I hereby certify that a true copy of the foregoing was served by prepaid U.S. mail to Defendants c/o
Randall Reinker
Curtis Niewald
2016 S. Big Bend Blvd.
St. Louis, MO 63117   on this 25th day of March, 2014.

_Patricia Susan Boyer_
Patricia Susan Boyer

-2-



Boyer
PO Box 4525
Chesterfield, MO 63006

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth St.
St. Louis, MO 63102

RECEIVED
MAR 26 2014
BY MAIL

63102112783